O

# United States District Court
# Central District of California

| | |
|---|---|
| JUAN MORENO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NABIL KHEIR and DOES 1-10,<br>　　　　　　Defendants. | Case No. 2:14-cv-01000-ODW(RZx)<br><br>**ORDER DENYING APPLICATION FOR CLERK TO ENTER DEFAULT [8]** |

On April 9, 2014, Plaintiff Juan Moreno filed an Application for Clerk to Enter Default against Defendant Nabil Kheir. (ECF No. 8.)  The proof of service attached to the Application is insufficient because it appears to relate to an entirely different case. Accordingly, the Court **DENIES** Plaintiff's Application for Clerk to Enter Default. The Court hereby **CONTINUES** the Order to Show Cause (ECF No. 7) until **Monday, April 14, 2014**.  Plaintiff shall have until that date to file a corrected application for entry of default or face dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

April 10, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE