# United States District Court
# Central District of California

| | |
|---|---|
| JUAN MORENO, | Case No. 2:14-cv-01000-ODW(RZx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| | **LACK OF PROSECUTION** |
| NABIL KHEIR and DOES 1-10, | |
| Defendants. | |

On May 12, 2014, this Court set aside entry of default after Plaintiff indicated that Defendant's failure to answer the Complaint was a simple mistake regarding the due date. The Court set a 14-day deadline for Defendant to answer or otherwise respond. Plaintiff was then given 7 days to file a renewed application for entry of default if Kheir again failed to respond. Those deadlines have passed and nothing has been filed. Thus, the Court **ORDERS** Moreno **TO SHOW CAUSE no later than Friday, June 13, 2014**, why this action should not be dismissed for lack of prosecution. The Court will discharge this Order upon the filing of an answer or renewed application for entry of default. No hearing will be held on this matter. Failure to respond to the Court's Order may result in dismissal of this action.

**IT IS SO ORDERED.**

June 9, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**