# United States District Court
# Central District of California

| | |
|---|---|
| JUAN MORENO,<br><br>            Plaintiff,<br><br>     v.<br><br>NABIL KHEIR and DOES 1-10,<br><br>            Defendants. | Case No. 2:14-cv-01000-ODW(RZx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION [24]** |

On June 19, 2014, Plaintiff Juan Moreno filed a Response to this Court's June 12, 2014 Order to Show Cause. (ECF No. 25.) In the Response, Moreno requests an additional 30 days "to obtain all necessary declarations" to file a motion for default judgment. The Court grants Moreno's request with reservation.

Defendant Nabil Kheir's answer was due more than three months ago. This Court has since issued a total of four Orders to Show Cause regarding Moreno's lack of prosecution. (ECF Nos. 7, 15, 20, 24.) Moreno should not have filed the Complaint if he was not prepared to litigate his claims.

The Court **CONTINUES** the June 12, 2014 Order to Show Cause until **Monday, July 21, 2014**. The Order to Show Cause will be discharged only upon the filing of a motion for default judgment that complies with the Federal Rules of Civil Procedure and the Central District of California's Local Rules. No hearing will be

held and no further extensions of time will be granted.  Failure to comply will result in this action being dismissed for lack of prosecution.

**IT IS SO ORDERED.**

June 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**