# United States District Court
# Central District of California

| | |
|---|---|
| JUAN MORENO, | Case No. 2:14-cv-01000-ODW(RZx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| NABIL KHEIR; DOES 1–10, inclusive, | **FAILURE TO COMPLY WITH** |
| Defendants, | **RULES 16 AND 26(f)** |

A Scheduling Conference in this action is set for October 6, 2014. As required by the Federal Rules of Civil Procedure and this Court's July 28, 2014 Order (ECF No. 42), the parties are required to submit a Joint Rule 26(f) Report no later than 7 days prior to the Scheduling Conference. Thus, a Joint Rule 26(f) Report was due Monday, September 29, 2014. To date, no report has been filed by the parties.

Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE no later than Monday, October 6, 2014, at 1:30 p.m.,** why they have failed to timely comply with the Federal Rules of Civil Procedure and this Court's Order. The Court will discharge this Order and vacate the Scheduling Conference upon the filing of a satisfactory Rule 26(f) Report. Failure to respond to this Order may result in dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

September 30, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**